Kenneth TOMPKINS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2009–3219.

United States Court of Appeals, Federal Circuit.

Aug. 5, 2009.

*ORDER*

Petitioner having paid the required docketing fee and filed the Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's August 4, 2009 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before August 26, 2009.

Samson J. HYPOLITE, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2009–5106.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2009.

*ORDER*

Samson J. Hypolite has complied with the court's order of August 4, 2009, 2009 WL 5865664.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's order of dismissal and mandate are hereby, vacated and recalled, and the notice of appeal is reinstated.

(2) The United States should compute the due date for filing its brief 21 days of the date of filing of this order.